AO245B—Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED

DEC - 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

DAVID BRIAN PUGH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 6:03CR‐60018‐001

USM Number: 03965-079

Randal P. McCann
_____
Defendant's Attorney

**THE DEFENDANT:**

[✓]    admitted guilt to violation of condition(s) <u>MC #2, MC #3, MC #4 and Std.C. #9</u> of the term of supervision.

[ ]    was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

        The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   XXX-XX-2219 | November 30, 2010 |
| | Date of Imposition of Sentence |
| Defendant's Date of Birth:   XX-XX-1967 | |
| Defendant's USM No.:   03965-078 | Signature of Judicial Officer |
| Defendant's Residence Address: | TUCKER L. MELANÇON, United States District Judge |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | DECEMBER 2, 20010 |
| | Date |



COPY SENT
DATE 12-2-10
BY CM
TO USPO Icc

AO245B  Judgment in a Criminal Case for Revocation (Rev. 8/01)
    Sheet I

CASE NUMBER:  6:03-CR-600018-001
DEFENDANT:    David Brian Pugh

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| MC#2 | On or About September 20, 2010, Mr. Pugh was arrested by Orange Police Department, Orange, Texas, for possession of a controlled substance - crack cocaine. | 9/20/2010 |
| | On October 14, 2010, while being arrested by Bridge City Police Officers on this warrant for alleged violations of supervised release, arresting officers found crack cocaine and large amounts of drug paraphernalia. Mr. Pugh has not been arrested on this charge yet, as it is still under investigation. | 10/14/2010 |
| MC #3 & MC #4 | On April 21, 2010, Mr. Pugh submitted a urine specimen to the U.S. Probation Office in the Western District of Louisiana, that was positive for cocaine. On that same day, he signed an admission form, admitting the use of cocaine on or about April 18, 2010. As indicated by his arrest noted on September 20, 2010, and the positive drug test on April 21, 2010, Mr. Pugh has been in possession of cocaine. | 4/18/2010 and 9/20/2010 |
| | According to the offense report submitted by Bridge City Police Department, Mr. Pugh admitted to arresting officers of smoking crack cocaine on or about October 13, 2010. | 10/13/2010 |
| Std. C. #9 | According to the offense report submitted by Bridge City Police Department, Mr. Pugh admitted to arresting officers of smoking crack cocaine with his girlfriend and another individual the night prior to his arrest. | 9/20/2010 |

AO245B   Judgement in a Criminal Case (Rev. 09/08 )
　　　Sheet 2 — Imprisonment

DEFENDANT:　　　DAVID BRIAN PUGH
CASE NUMBER:　　6:03-CR-600018-001

Judgment - Page 3  of  3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months .

The defendant's supervised release is revoked as to Count 36 for a term of imprisonment of 24 months, and as to Count 40 for a term of imprisonment of 12 months, to run consecutively.

[✓]　　The court makes the following recommendations to the Bureau of Prisons:

The court recommends to the Bureau of Prisons that the defendant participate and complete the Bureau of Prisons 500 hour drug treatment program.

[✓]　　The defendant is remanded to the custody of the United States Marshal.

[ ]　　The defendant shall surrender to the United States Marshal for this district:
　　　[ ] at ___ [ ] a.m.　[ ] p.m.　on ___.
　　　[ ] as notified by the United States Marshal.

[ ]　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　[ ] before 2 p.m. on ___.
　　　[ ] as notified by the United States Marshal.
　　　[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES  MARSHAL