UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| United States of America | Criminal Action 03-60018-01 |
| versus | Judge Tucker L. Melançon |
| David Brian Pugh | Magistrate Judge C. Michael Hill |

**ORDER**

Before the Court is an order from the Court of Appeals for the Fifth Circuit remanding this case for the Court's determination of whether defendant David Brian Pugh's untimely notice of appeal was due to excusable neglect or good cause under Rule 4(b)(1)(A) of the Federal Rules of Appellate Procedure.

Rule 4(b)(1)(A) of the Federal Rules of Appellate Procedure affords a criminal defendant fourteen (14) days in which to file a notice of appeal. Pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure, a district court may grant an additional thirty (30) days in which to file a notice of appeal upon a finding of excusable neglect or good cause.  The record indicates that the Court entered Judgment revoking defendant's supervised release on December 3, 2010.  *R. 67.*  Thereafter, on December 20, 2010, defendant filed a Notice of Appeal. *R. 68.* Since defendant filed his notice of appeal within the additional thirty (30) day period, the Fifth Circuit remanded the case to this Court, for a determination of whether the untimely filing of the notice of appeal was due to excusable neglect or good cause. *U.S. v. Golding,* 739 F.2d 183, 184 (5th Cir., 1984).  Accordingly, it is

ORDERED that counsel for defendant, Randal P. McCann, is to file an affidavit by February 21, 2011 explaining whether his untimely filing of defendant's notice of appeal was due to excusable neglect or good cause.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 11th  day of February, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE